UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

PERMISSION DATA, LLC,

        Plaintiff,

 -v-

NEWSMAX MEDIA, INC.

        Defendant.

------------------------------------------------------------------------X

14 Civ. 7129 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

  The Court yesterday held a conference regarding the production of mail server records of defendant Newsmax Media, Inc. ("Newsmax"), held in the custody of non-party SDL, plc ("SDL"). *See* Dkt. 28–30. For the reasons stated on the record during yesterday's conference, counsel for plaintiff Permission Data, LLC ("Permission Data") is to identify in writing by Wednesday, May 6, 2015, to Newsmax and SDL questions for their respective 30(b)(6) witnesses relevant to this issue. Newsmax and SDL are each directed to produce a 30(b)(6) witness, by May 27, 2015, for a deposition on such topics. If, after these depositions, Permission Data still seeks to compel the production of the mail server records, it is directed to submit by June 3, 2015, a letter, no longer than five pages, to the Court, explaining concretely why such records are still needed. Newsmax and SDL are directed to respond by June 10, 2015. No reply is invited.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: May 5, 2015
      New York, New York