# INTERNET LAW CENTER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/15

Bennet G. Kelley
(310) 452-0401
bkelley@InternetLawCenter.net

September 14, 2015

**MEMO ENDORSED**

**BY EMAIL**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

**Re:    Permission Data, LLC v NewsMax Media, Inc. (1:14-cv-07129)**
        **Request for Extension of Time to Respond to Letter Motion**

Dear Judge Engelmayer:

I am represent Optimal Fusion, Inc. ("OFI"), a third party for which NewsMax Media, Inc. ("NewsMax") has submitted a Letter Motion to Compel on September 8, 2015.  I am pleased to report that the parties have resolved a number but not all of the pending issues.  OFI needs additional time to submit its response to the letter motion since OFI's principals are Orthodox and have been unavailable because of the Sabbath and Rosh Hashanah.

OFI requests an extension until September 16, 2015 to respond which is not opposed by NewsMax.

Sincerely,                    Granted.    9/15/15

INTERNET LAW CENTER

*Bennet G. Kelley*
Bennet G. Kelley

Cc: James G. Sammataro, Esq.

**SO ORDERED:**

*Paul A. Engelmayer*
**HON. PAUL A. ENGELMAYER**
**UNITED STATES DISTRICT JUDGE**

100 Wilshire Blvd., Suite 940
Santa Monica, California 90401
www.InternetLawCenter.net