UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PERMISSION DATA, LLC,

                            Plaintiff,

            -v-

NEWSMAX MEDIA, INC.

                          Defendant.

------------------------------------------------------------------X

14 Civ. 7129 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

The Court has received letters from defendant Newsmax Media, Inc. ("Newsmax") and from a non-party, Optimal Fusion, Inc. ("Optimal Fusion"), regarding Newsmax's request for Optimal Fusion to produce certain documents and provide, for a second time, a corporate representative for deposition. Dkt. 47, 51. The Court directs the parties to appear before the Court for a phone conference on Friday, September 25, 2015, at 11 a.m., to discuss this discovery dispute. Newsmax's counsel is directed to ensure that all parties are on the line before placing the call to Chambers at (212) 805-0268.

SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                               Paul A. Engelmayer
                                                               United States District Judge

Dated: September 24, 2015
        New York, New York