```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PERMISSION DATA, LLC,

                Plaintiff,

      -v-

NEWSMAX MEDIA, INC.

                Defendant.

------------------------------------------------------------X

14 Civ. 7129 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court held a phone conference today with counsel for plaintiff Permission Data, LLC, defendant Newsmax Media, Inc. ("Newsmax"), and third-party Optimal Fusion, Inc. ("Optimal Fusion"), and resolved various discovery disputes between Newsmax and Optimal Fusion. The parties are directed to refer to the transcript of today's conference for the Court's specific rulings and the bases for them.

The Clerk is directed to terminate the motion pending at Dkt. 47.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: September 25, 2015
       New York, New York