UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PERMISSION DATA, LLC,

                          Plaintiff,

      -v-

NEWSMAX MEDIA, INC.

                         Defendant.

------------------------------------------------------------X

14 Civ. 7129 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has been notified by Judge Dolinger that the parties have requested a settlement conference before him. *See* Dkt. 56. Because of Judge Dolinger's impending retirement, this case has been reassigned to Judge Fox. Therefore, the Court will separately issue an order of reference for a settlement conference before Judge Fox.

SO ORDERED.

                                                                              Paul A. Engelmayer
                                                                              United States District Judge

Dated: September 29, 2015
         New York, New York