UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/15

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

--------------------------------------------------------------------x

Plaintiff,   Permission Data, LLC

-v-

14cv7129   (PAE ) (KNF )

Defendant.   Newsmax Media, Inc.

--------------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

☐ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial
motions, and settlement)

☐ Specific Non-Dispositive
Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited
purpose (e.g., dispositive motion,
preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring
a Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  9/29/15
_____

SO ORDERED:

_____
Paul A. Engelmayer
United States District Judge