# STROOCK

**MEMO ENDORSED**

January 27, 2016

**Via Electronic Filing**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Centre Street, Room 210
New York, New York  10007
EngelmayerNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/16

Re:   *Permission Data, LLC v. Newsmax Media, Inc.*
      Case No.: 1:14-cv-07129-PAE

Dear Judge Engelmayer:

We are legal counsel for the defendant/counter-plaintiff, Newsmax Media, Inc. ("Newsmax"), and are joined in this letter by Sanford Greenberg, Esq., counsel for the plaintiff/counter-defendant, Permission Data, LLC ("Permission Data"). As the parties recently advised Chambers, they have amicably resolved this matter by reaching a confidential settlement agreement. While the agreement has been finalized, there are a few details that must be attended to prior to the parties possessing the needed comfort to file a joint stipulation for dismissal. The parties have every reason to believe that this matter will be fully resolved over the course of the next few days.

In light of the foregoing, and with the objective of avoiding the needless exhaustion of judicial resources, the parties jointly request that the Case Management Conference, presently scheduled for 4:00 p.m. tomorrow (January 28, 2016) be adjourned for approximately seven (7) days. We thank the Court for its attention to this letter, and welcome the opportunity to further explain the need for the requested extension should the Court harbor any questions or concerns.

Respectfully submitted,

| | |
|---|---|
| **GREENBERG FREEMAN LLP**<br>*Attorneys for Permission Data, LLC*<br>110 East 59 Street<br>New York, New York  10022<br>Telephone: (212) 838-9738<br>Facsimile: (212) 838-5032<br>sgreenberg@greenbergfreeman.com<br><br>By: s/ Sanford H. Greenberg<br>      Sanford H. Greenberg (SG 0086) | **STROOCK & STROOCK & LAVAN LLP**<br>*Attorneys for Newsmax Media, Inc.*<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: (212) 806-5400<br>jsammataro@stroock.com<br><br>By: s/ James G. Sammataro<br>      James G. Sammataro (4937926) |

Granted. The case management conference is adjourned to Thursday, February 4, 2016, at 5:00 p.m.

1/27/16
**SO ORDERED:**

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE