USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PERMISSION DATA, LLC,

    Plaintiff / Counter-Defendant,

-against-

NEWSMAX MEDIA, INC.,

    Defendant / Counter-Plaintiff.

---

No. 1:14 Civ. 07129 (PAE)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff / Counter-Defendant Permission Data, LLC and Defendant / Counter-Plaintiff Newsmax Media, Inc. hereby stipulate, by and through their respective attorneys, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-entitled action, including all claims and counterclaims asserted therein, is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: February 2, 2016

STROOCK & STROOCK & LAVAN LLP

By: _____
James G. Sammataro
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400

Southeast Financial Center
200 South Biscayne Blvd., Suite 3100
Miami, Florida 33131

Attorneys for Defendant / Counter-Plaintiff Newsmax Media, Inc.

GREENBERG FREEMAN LLP

By: _____
Sanford H. Greenberg (SG 0086)
110 East 59th Street
22nd Floor
New York, New York 10022
(212) 838-9738

Attorneys for Plaintiff / Counter Defendant Permission Data, LLC

2/2/16

**SO ORDERED:**

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE